AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00262 |
| Bryan Shawn Smith | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 11/30/2022 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bryan Shawn Smith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - (Civil Disorder)
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. §§ 1752(a)(2) and (b)(1)(A)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A)-(Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:   ~~11/22/2022~~ 11/30/2022

Digitally signed by Zia M. Faruqui
Date: 2022.11.30 16:38:59 -05'00'

*Issuing Officer's signature*

City and state:   Washington, D.C.        Honorable Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* 11/30/2022, and the person was arrested on *(date)* 12/13/2022
at *(city and state)* Huntsville, Alabama.

Date: 12/13/2022

*Arresting officer's signature*

Stephen R. Lee, Special Agent
*Printed name and title*