NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number   1:22-mj-00262

Bryan Smith
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION (TEMPORARY APPEARANCE).

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA     [■] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

*Aubrey Webb*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Aubrey Webb, 7558572
(Attorney & Bar ID Number)

Aubrey Webb, PA
(Firm Name)

55 Merrick Way, Suite 212
(Street Address)

Coral Gables, FL 33134
(City)   (State)   (Zip)

786-302-0928
(Telephone Number)